UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No.  22-43509

AKYRA NICOLE DREW,                                  Chapter 7

                        Debtor.                     Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CASE

On May 2, 2022, the Court entered an order entitled "Order Regarding Apparent Improper Joinder of Debtors" (Docket # 9, the "May 2 Order"), which, in relevant part, required the Debtor to (a) "file an amended bankruptcy petition that removes all reference to any limited liability company;" (b) "serve on all creditors: (1) a copy of th[e May 2] Order; (2) a copy of the amended petition; and (3) a notice stating that "the only debtor in this case is the individual Debtor"; and (c) "file a proof of such service, [all] no later than 7 days after the entry of th[e May 2] Order."  The May 2 Order stated: "If the Debtor does not timely comply with all of the above requirements, the Court may dismiss this case, without further notice or hearing."

The 7 day deadline in the May 2 Order was May 9, 2022, and the Debtor failed to comply with the May 2 Order in any respect.

Accordingly,

IT IS ORDERED that this bankruptcy case is dismissed.

**Signed on May 16, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**